ORIGINAL



FILED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

AUG 2 3 2021

Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| MUHAMMAD ASIM SHAMIM | )   Case No.   4:21-MJ-664 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 20, 2020 _____ in the county of _____ Collin _____ in the

_____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See the attached affidavit of Senior Special Agent Stephen Dudek, USSS

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Senior Special Agent Stephen Dudek, USSS
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 8/23/2021 _____

_____
*Judge's signature*

City and state: _____ Plano, Texas _____

Kimberly C. Priest Johnson, U.S. Magistrate Judge
_____
*Printed name and title*